| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:05-CR-98 (1) |
| | § | |
| BARTRANDIE T. FORD | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government, each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release, waiving his right to be present with counsel and to speak at sentencing, and imposition of the following sentence: a term of ten (10) months' imprisonment with no supervised release to follow.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations. If possible, the Bureau of Prisons should accommodate the Defendant's request to serve his term of imprisonment at the Federal Correctional Complex (FCC) in Beaumont, Texas.

SIGNED at Beaumont, Texas, this 4th day of February, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE